FILED
CLERK, U.S. DISTRICT COURT
12/15/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-CR-00744-JLS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Methamphetamine] |
| OSMIN SOSA,<br>  aka "Osman Sosa," | |
| Defendant. | |

The United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about March 30, 2023, in Los Angeles County, within the Central District of California, defendant OSMIN SOSA, also known as

//

//

//

"Osman Sosa," knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance.

        E. MARTIN ESTRADA
        United States Attorney

*/s/ David Ryan*

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

DAVID C. LACHMAN
Assistant United States Attorneys
Terrorism and Export Crimes Section